UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Robert Koch Eby, III | Bankruptcy No.20-13901-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 7th day of January, 2021, by first class mail upon those listed below:

Robert Koch Eby, III
10 Woodcrest Drive
Conestoga, PA  17516

**Electronically via CM/ECF System Only:**

PAUL D. MURPHY-AHLES
DETHLEFS PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA  17011

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee