## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert Koch Eby III | |
| Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns | |
| Movant | |
| vs. | NO. 20-13901 PMM |
| Robert Koch Eby III | |
| Debtor(s) | |
| Scott F. Waterman | |
| Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief of PENNYMAC LOAN SERVICES, LLC, which was filed

with the Court on or about **February 8, 2021 (Doc. No. 42)**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.

_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: 3/24/2021