Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13901-PMM**

Robert Koch Eby, III
10 Woodcrest Drive
Conestoga  PA    17516

Petition Filed Date: 09/29/2020
341 Hearing Date: 11/17/2020
Confirmation Date:

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/22/2020 | $178.78 | 22694 | 02/02/2021 | $268.17 | 22720 | 02/09/2021 | $622.01 | 22721 |
| 03/10/2021 | $1,065.24 | 22741 | 04/20/2021 | $1,065.24 | 22756 | 05/19/2021 | $1,065.24 | 22768 |

**Total Receipts for the Period: $4,264.68   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,264.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA INC »» 001 | Secured Creditors | $5,179.98 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 002 | Unsecured Creditors | $3,458.28 | $0.00 | $0.00 |
| 3 | US BANK NA »» 003 | Unsecured Creditors | $1,969.80 | $0.00 | $0.00 |
| 4 | PPL »» 004 | Unsecured Creditors | $1,576.85 | $0.00 | $0.00 |
| 5 | PENNYMAC  LOAN SERVICES LLC »» 005 | Mortgage Arrears | $36,217.49 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE »» 06S | Secured Creditors | $3,877.15 | $0.00 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE »» 06U | Unsecured Creditors | $1,263.54 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 07S | Secured Creditors | $11,170.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $14,436.32 | $0.00 | $0.00 |
| 0 | PAUL D. MURPHY-AHLES | Attorney Fees | $3,471.00 | $0.00 | $3,471.00 |

**Chapter 13 Case No. 20-13901-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,264.68 | Current Monthly Payment: | $1,154.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,684.10 |
| Paid to Trustee: | $330.48 | Total Plan Base: | $65,956.78 |
| Funds on Hand: | $3,934.20 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/**
   **for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.