UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Robert Koch Eby, III, | : | Case No.   20-13901 – PMM |
| | : | |
| Debtor. | : | |

**O R D E R**

**AND NOW**, upon consideration of PennyMac Loan Services, LLC's Motion for Relief from Stay re: 10 Woodcrest Drive, Conestoga, PA ("the Motion"), Doc. # 58, and the Debtor's Response, Doc. # 60;

**AND**, the parties having reported this matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **August 19, 2021,** the parties shall either file the Stipulation or a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result the Motion being denied without further notice or hearing.

Date:  July 20, 2021

_Patricia M. Mayer_
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE