EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Koch Eby, III<br><br>**Debtor(s)** | **Chapter** 13<br><br>**Case No.** 20-13901-PMM<br><br>**Matter:** Motion for Wage Attachment Order |

**ORDER OF COURT**

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Second Amended Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1, Robert Koch Eby, III, receives income from:

Cassel
Attn: Payroll Administrator
784 Fruitville Pike
Manheim, PA 17545

Should deduct from said Debtor 1's income the sum of **$282.91** from each **weekly** paycheck, or such other sums as Debtor 1 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 1 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 1, and to remit the deductible sums to:

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
PO Box 680
Memphis, TN 38101-0680

IT IS FURTHER ORDERED that the entity from whom Debtor 1 receives income shall notify the Trustee if Debtor 1's income is terminated and the reason, therefore. IT IS FURTHER ORDERED that all remaining income of Debtor 1 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 1 in accordance with usual payment procedure. IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Date:   9/1/21

*Patricia M. Mayer*

The Honorable Patricia M. Mayer
US Bankruptcy Judge