**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Koch Eby, III <br><br> **Debtor(s)** | **Chapter** 13 <br><br> **Case No.** 20-13901-PMM <br><br> **Matter:** Motion to Discontinue Wage Deduction |

**MOTION TO DISCONTINUE WAGE DEDUCTION**

AND NOW, come the Debtor(s), Robert Koch Eby, III, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Discontinue Wage Deduction and aver as follows:

1) Debtor(s) filed a Chapter 13 Petition on or about September 29, 2020.

2) Debtor Robert Koch Eby, III receives regular income from employment with Cassel which has been attached under 11 U.S.C. §1326 to fund Debtor(s)' Chapter 13 Plan.

3) Debtor wishes to terminate this wage attachment.

WHEREFORE, Debtor(s) respectfully requests that this Court enter an Order directing the above-mentioned employer to cease immediately this wage attachment to the Standing Chapter 13 Trustee.

Respectfully submitted,

Date: November 5, 2021    /s/ Robert Koch Eby, III

Debtor

**DETHLEFS PYKOSH & MURPHY**

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Robert Koch Eby, III  **Debtor(s)** | **Chapter** 13  **Case No.** 20-13901-PMM  **Matter:** Motion to Discontinue Wage Deduction |

**ORDER OF COURT**

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion to Discontinue Wage Deduction, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor Robert Koch Eby, III receives income should immediately cease the wage attachment in the amount of **$282.91** from each **weekly** paycheck.

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Koch Eby, III | **Chapter** 13 |
| **Debtor(s)** | **Case No.** 20-13901-PMM |
| | **Matter:** Motion to Discontinue Wage Deduction |

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, November 5, 2021, I served a true and correct copy of the **Debtor(s)' Motion to Discontinue Wage Deduction Order and proposed Order** in this proceeding upon the following:

<u>Via USPS First Class Mail</u>
Cassel
Attn: Payroll Administrator
784 Fruitville Pike
Manheim, PA 17545

<u>Via Electronic Means</u>
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 Sant Lawrence Avenue
PO Box 4010
Reading PA 19606

Office of the United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire