**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Robert Koch Eby, III | **Chapter** 13 |
| **Debtor(s)** | **Case No.** 20-13901-PMM |
| | **Matter:** Motion to Discontinue Wage Deduction |

**ORDER OF COURT**

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion to Discontinue Wage Deduction, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor Robert Koch Eby, III receives income should immediately cease the wage attachment in the amount of **$282.91** from each **weekly** paycheck.

_____

PATRICIA M. MAYER,

United States Bankruptcy Judge

Date: **November 5, 2021**