**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Koch Eby, III | **Chapter** 13 |
| **Debtor(s)** | **Case No.** 20-13901-PMM |
| | **Matter:** Application for Compensation |

**CERTIFICATE OF NO RESPONSE**

I, Paul D. Murphy-Ahles, Esquire, Attorney for Debtor(s), hereby certify that I have received no response to the Application for Compensation, which was filed July 13, 2021 at Document No. 66. I respectfully request this Honorable Court approve the Application without a hearing.

Date: December 2, 2021

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*